IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY D. MILNER
and
BOW LOVE                                                                                         PLAINTIFF

     v.                              Civil No. 4:08-cv- 4039

BOBBY CARLTON;
MEMS McKINNON;
NEVADA COUNTY, AR;
and EIGHTH DISTRICT COUNTY JAIL                                                DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff originally filed his Complaint pursuant to 42 U.S.C. § 1983 in the Eastern District of Arkansas. Plaintiff's case was transferred to this district on May 9, 2008. Plaintiff's Motion to proceed *in forma pauperis* was granted and the complaint was provisionally filed prior to a determination of service of process.

Plaintiff has named Bow Love, a former inmate of the Nevada County Jail, as a co-Plaintiff in this case. Plaintiff states that Love is deceased, and indicates Love's death was due to actions by the Defendants. However, Plaintiff is not the legal representative of Love's estate. No one purporting to be Love's representative has signed the Complaint and Love's presence in the case appears to be solely motivated by Plaintiff.

A prisoner cannot bring claims on behalf of other prisoners. *See Miner v. Brackney,* 719 F.2d 954, 956 (8th Cir. 1983 ) (per curiam), *cert. denied,* 467 U.S. 1259 (1984); *Carter v. Romines,* 560 F.2d 395, 395 (8th Cir. 1977) (per curiam), *cert. denied,* 436 U.S. 948 (1978). Accordingly, it is the recommendation of the undersigned that Bow Love be dismissed as a Plaintiff to this action. It is

further recommended that this dismissal be without prejudice.

**Plaintiff has ten (10) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  Plaintiff  is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 10th day of July 2008.

      /s/ Barry A.  Bryant
      HON.  BARRY A.  BRYANT
      UNITED STATES MAGISTRATE JUDGE